**FILED**

**FEB 15 2012**

Clerk, U.S. District and
Bankruptcy Courts



**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| **1st Series - Crime Scene/Hospital** | | | | |
| Photo found in victim's car - JW4 | 1 | K. PETERSON D. MANN | 2 6 12 | |
| Photo of victim's car (driver's side) | 2 | J. WEBB R. NELSON T. TILLERY | 2 6 12 | |
| Photo of street | 3 | J. WEBB | 2 6 12 | |
| Photo of backseat, driver's side | 4 | J. WEBB | 2 6 12 | |
| Photo of driver's seat | 5 | J. WEBB | 2 6 12 | |
| Photo of front passenger's seat | 6 | | | |
| Photo of victim's car (across street) | 7 | | | |
| Photo of passenger side of victim's car - from lawn | 8 | | | |
| Photo of rear of victim's car (displaying tag) | 9 | | | |
| Photo of passenger's side of car | 10 | | | |
| Photo of Terminix truck from lawn | 11 | | | |
| Photo of Broadleaf | 12 | | | |
| Photo of victim's car transmission fluid | 13 | | | |
| Photo of victim's car, broken glass | 14 | | | |
| Photo of victim's car and Terminix truck | 15 | J. WEBB | 2 6 12 | |
| Photo of crime scene from sidewalk | 16 | J. WEBB W. REED | | |
| Photo of back of crime scene -(brake lights from victim's car) | 17 | J. WEBB | | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Photo of crime scene - distance | 18 | J. Webb | 2/6/12 | |
| Evidence - black skull cap JW1 | 19 | T. Santos W. Perez J. Webb | 2/6/12 | |
| Photos of crime scene taken by Webb - Photo of marker 1 - black skull cap | 19A | J. Webb J. Chazak | 2/6/12 | |
| ( Close up) photo of marker 1 - black skull cap | 20 | T. Santos | 2/7/12 | |
| Photo of rear passenger side of victim's car | 21 | J. Webb | 2/6/12 | |
| Photos of front passenger side of victim's car | 22 | | | |
| Photos of trunk of victim's car | 23 | | | |
| Photos of driver's side backseat of victim's car | 24 | | | |
| Photos of passenger's side backseat of victim's car | 25 | | | |
| Photos of front driver's side of victim's car | 26 | | | |
| Photos of inside victim's car - air vent | 27 | J. Webb | 2/6/12 | |
| Photos of inside victim's car - steering wheel | 28 | | | |
| Photos of passenger's seat of victim's car | 29 | | | |
| Photos of driver's seat of victim's car | 30 | | | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Photos of center console (dashboard) of victim's car | 31 | J. WEBB | 2/6/12 | |
| Photos of passenger's seat of victim's car | 32 | | | |
| Photos of floor mat of victim's car | 33 | ↓ | ↓ | |
| JW 2 - Bullet fragment front passenger door | 34 | J. WEBB S. McVEIGH | 2/6/12 | |
| JW 3 - bullet fragment front passenger floor * | 35 | J. WEBB S. McVEIGH | 2/6/12 | |
| Photo of JW-2 | 36 | J. WEBB S. McVEIGH | 2/6/12 | |
| Photo of JW-3 | 37 | J. WEBB 2/6/12 | 2/6/12 | |
| Photos of victim & scene taken by Eckrich - Photo of victim | 38 | J ECKRICH | 2/7/12 | |
| Photo of victim's right arm | 39 | K PETERSON J. ECKRICH | 2/6/12 | |
| Photo of crime scene, middle of street depicting 10612 | 40 | B. GRAMPLER W. REED | 2/6/12 | |
| Photo of crime scene, middle of street | 41 | B. GRAMPLER | 2/7/12 | |
| Photo depicting 10612 | 42 | ↓ | ↓ | |
| Photo of crime scene | 43 | B. GRAMPLER | 2/7/12 | |
| BG 1 - 9mm casing found in grass | 44 | B. GRAMPLER S. McVEIGH | 2/7/12 | |
| BG 2 - 9mm casing found on driveway of Broadleaf | 45 | B. GRAMPLER S. McVEIGH | ↓ | |

3

U.S. v. Weldon Gordon, 09-153(RMU)
Government Exhibit List

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| BG 3 - 9mm casing found on driveway of Broadleaf | 46 | B. Glempke S. McVeigh | 2/7/12 | |
| BG 4 - 9mm casing found on driveway of Broadleaf | 47 | B. Glempke S. McVeigh | | |
| BG 5 - 9mm casing found on driveway of Broadleaf | 48 | B. Glempke S. McVeigh | ✓ | |
| Close up photo of shell casing in grass. | 49 | B. Glempke S. McVeigh | 2/7/12 | |
| Photo of shell casing in grass | 50 | B. Glempke | | |
| Photo of shell casing in grass | 51 | | | |
| close up photo of shell casing on sidewalk - BG1 | 52 | | | |
| Photo of shell casing in street | 53 | | | |
| Photo of shell casing in street - BG2 | 54 | | | |
| Photo of sidewalk/rock | 55 | | | |
| Photo of sidewalk, stains | 56 | | | |
| Photo of driveway, transmission fluid | 57 | ↓ | ↓ | |
| Photo of broken glass and Terminix truck | 58 | B. Glempke | 2/7/12 | |
| (2) DNA swabs from front seat recovered from Webb * | 59 | | | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Blood sample/specimen of Andre Hayes | 60 | | | |
| AA3 - Fired bullet and jacket from Andre Hayes' body recovered by ME Dr. King * | 61 | T. KING S. MCVEIGH | 2/8/12 | |
| AA4 - Fired copper jacket fragment taken from Andre Hayes' body by ME Dr. King * | 62 | S MCVEIGH | | |
| AA5 - Fired bullet recovered from Andre Hayes' body * | 63 | | | |
| AA6 - Fired copper jacket * | 64 | | | |
| AA7 - Bullet fragments * | 65 | ↓ | ↓ | |
| Bullet fragment given to Det. Eckrich at hospital by treating physician * | 66 | J. ECKRICH S. MCVEIGH | 2/7/12 | |
| Andre Hayes' clothes | 67 | J. ECKRICH | 2/7/12 | |
| Autopsy report | 68 | T. KING | 2/8/12 | |
| Autopsy photo - photo of torso/left hand | 68A | | | |
| Autopsy photo - photo of chest/ left arm | 68B | | | |
| Autopsy photo - Photo of back left shoulder and arm | 68C | | | |
| Autopsy photo - Close up of left chest wound | 68D | ↓ | ↓ | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Broadleaf Drive Aerial Photo #1 | 69 | | | |
| Broadleaf Drive Aerial Photo #2 | 70 | W. REED  J. WEBB  T. SANTOS  E. GRUBER  JAUNROD  BAKER/CO  MEHM | 2/6/12 | |
| Photos from McKinley Tillery's home, 10608 Broadleaf Dr. - Photo outside house looking toward street from front yard | 71 | M. TILLERY | 2/8/12 | |
| Photos from McKinley Tillery's home, 10608 Broadleaf Dr. - Photo from front lawn (terminix truck) | 72 | | | |
| Photos from McKinley Tillery's home, 10608 Broadleaf Dr. - view from side of home and back of 10610 Broadleaf Dr. | 73 | | | |
| Photos from inside McKinley Tillery's home, 10608 Broadleaf Dr. | 74 | | | |
| Photos from inside McKinley Tillery's home, 10608 Broadleaf Dr. | 75 | | | |
| Photos from inside Robert Brown's bedroom looking outside | 76 | R. BROWN | 2/8/12 | |
| Photos from inside Robert Brown's bedroom looking outside | 77 | | | |
| Photos from inside Robert Brown's bedroom looking outside | 78 | | | |
| Photos from inside Robert Brown's bedroom looking outside | 79 | | | |
| Robert Brown Statement | 80 | R. Brown | | |

6

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Photos from inside Garfield Jenkins' Sr. & Jr. home | 81 | G. JENKINS JR. | 2/7/12 | |
| Photos from inside Garfield Jenkins' Sr. & Jr. home | 82 | | | |
| Photos from inside Garfield Jenkins' Sr. & Jr. home | 83 | ↓ | ↓ | |
| Photos from outside Garfield Jenkins' Sr. & Jr. home | 84 | | | |
| Photos from inside Garfield Jenkins' Sr. & Jr. home | 85 | ↓ | ↓ | |
| 911 Call | 86 | | | |
| DNA Report | 87 | J. CHARAK | 2/7/12 | |
| BN 6 - (2) cotton swabs of saliva from Weldon Gordon, recovered on April 17, 2009 | 88 | J. CHARAK B. NELSON | 2/7/12 | |
| Jessica Charack's PowerPoint Presentation | 89 | J. CHARAK 2/7/12 | | |
| Photograph of 7-11 on Rockville Blvd. | 90 | B. NELSON | 2/7/12 | |
| AERIAL PHOTO OF LARGO, MD | 92 | B. NELSON | 2/8/12 | |
| T. LEAVES' APT. & BROADLEAF ADDRESS | 93 | | 2/8/12 | |
| 7-11 PHOTO | 94 | ↓ | 2/8/12 | |
| | 91 | J. JAUNCOO 2/7/12 | | |
| PHOTOS OF CHASE VEHICLE. | 102 | WREED | 2/6/12 | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| **2nd Series - Drug Evidence** | | | | |
| N-1 - Audio phone call between Andre Hayes and Weldon Gordon on 09/12/07 at 6:04pm | 200 | K Peterson | 2/6/12 | |
| N-1Transcript - 09/12/07 | 200T | | | |
| DEA 7 for drugs - 09/12/07 Lab # 85879 | 201 | M. GARRITY | 2/7/12 | |
| Photo of drugs - 09/12/07 | 202 | K. PETERSON | 2/6/12 | |
| Drug evidence - 09/12/07 | 203 | K. PETERSON M. GARRITY | 2/6/12 | |
| N-3 - Phone call between Andre Hayes and Weldon Gordon on 03/05/08 at 7:18pm | 204 | K. PETERSON | 2/6/12 | |
| N-3 Transcript - 03/05/08 | 204T | | | |
| N-4 - audio from buy on 03/05/08 at 7:20pm | 205 | | | |
| N-4 Transcript - 03/05/08 | 205T | | | |
| DEA 7 for 03/05/08 drugs Lab # 87013 | 206 | M. GARRITY | 2/7/12 | |
| | | | | |
| Drug evidence | 208 | K PETERSON M. GARRITY | 2/6/12 | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| N-5A - Phone call between Andre Hayes and Weldon Gordon on 07/28/08 | 209 | K. Peterson | 2/6/12 | |
| N-5A Transcript - 07/28/08 | 209T | | | |
| N-5B - Phone call between Andre Hayes and Weldon Gordon on 07/30/08 | 210 | | | |
| N-5B Transcript - 07/30/08 | 210T | | | |
| N-5C - Phone call between Andre Hayes and Weldon Gordon on 08/06/08 | 211 | K. Peterson | 2/6/12 | |
| N-5C Transcript - 08/06/08 | 211T | | | |
| N-6 - Audio from buy on 08/06/08 at 8:33pm | 212 | | | |
| N-6 Transcript - 08/06/08 | 212T | | | |
| DEA 7 for 08/06/08 drugs Lab # 87953 | 213 | M. Garrity | 2/7/12 | |
| Photo of drugs - 08/06/08 | 214 | K. Peterson | 2/6/12 | |
| Drug evidence - 08/06/08 | 215 | K. Peterson M. Garrity | 2/6/12 | |
| Indictment 08-281 | 216 | K. Peterson E. Gallun | 2/6/12 | |
| Photo array, shown to Andre Hayes, identified Weldon Gordon on 12/31/09 | 217 | K. Peterson | 2/14/12 | |

9

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Release Order- Weldon Gordon | 218 | E. GALLUN | 2\|14\|12 | |
| DEA 7, drugs found at Lottsford Lab # 89035 | 219 | M GARRITT | 2\|7\|12 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| **3rd Series SW Broadleaf Dr. September, 2008 (Photos/paperwork)** | | | | |
| NFCU mail addressed to Weldon Gordon at Broadleaf address | 300 | K. Peterson | 2/6/12 | |
| Nationwide insurance letter, dated 09-18-08 addressed to Weldon Gordon | 301 | | | |
| Mail from P.O. Box 2643 Merrifield, VA | 302 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| **4th Series - Broadleaf Drive SW, 01/22/09** | | | | |
| SW photos of Broadleaf, taken by Lanning - basement | 400 | R. LANNING | 2/13/12 | |
| SW photos of Broadleaf, taken by Lanning - hidden compartment with ammunition | 401 | | | |
| SW photos of Broadleaf, taken by Lanning - hidden compartment with ammunition | 402 | | | |
| SW photos of Broadleaf, taken by Lanning - hidden compartment with ammunition | 403 | | | |
| SW photos of Broadleaf, taken by Lanning - hidden compartment with ammunition | 404 | R. LANNING | 2/13/12 | |
| SW photos of Broadleaf, taken by Lanning - ammunition hidden | 405 | | | |
| SW photos of Broadleaf, taken by Lanning - 9mm gun and magazine | 406 | | | |
| SW photos of Broadleaf, taken by Lanning - family room, sofa | 407 | | | |
| 9 mm handgun | 408 | R. LANNING | 2/13/12 | |
| Gun Holster | 409 | | | |
| Magazine | 410 | | | |

12

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| ✓ Bullets in magazine | 411 | R. LANNING | 2/13/12 | |
| ✓ Box of bullets in winchester box of 50 in contents | 412 | | | |
| ✓ 9mm Ruger Gun case | 413 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

13

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| **5th Series - Lottsford SW and Mitsubishi Galant SW Photos/evidence, 01/22/09 and 01/23/09** | | | | |
| SW Photos of Lottsford Road apt., taken by Lanning - front door | 500 | T. Hallowell, B. Nelson, R. Lanning, T. Gradowski | 2/7/12 | |
| SW Photos of Lottsford Road apt., taken by Lanning - living room | 501 | T. Hallowell, R. Lanning | 2/7/12 | |
| SW Photos of Lottsford Road apt., taken by Lanning - dining room, kitchen | 502 | T. Hallowell | 2/8/12 | |
| SW Photos of Lottsford Road apt., taken by Lanning - t.v. in living room | 503 | | | |
| SW Photos of Lottsford Road apt., taken by Lanning - kitchen | 504 | | | |
| SW Photos of Lottsford Road apt., taken by Lanning - bedroom | 505 | | | |
| SW Photos of Lottsford Road apt., taken by Lanning - bedroom, t.v. | 506 | | | |
| SW Photos of Lottsford Road apt., taken by Lanning - closet | 507 | | | |
| SW Photos of Lottsford Road apt., taken by Lanning - bathroom | 508 | | | |
| SW Photos of Lottsford Road apt., taken by Lanning - door | 509 | | | |
| SW Photos of Lottsford Road apt., taken by Lanning - Photo of box of U.S. currency | 510 | T. Hallowell | 2/8/12 | |

14

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| SW Photos of Lottsford Road apt., taken by Lanning - Photo of U.S. currency | 511 | T. HALLOWELL 2/8/12 | 2/8/12 | |
| SW Photos of Lottsford Road apt., taken by Lanning - Photo of U.S. currency | 512 | T. GERBOWSKI B. NELSON | 2/7/12 | |
| SW Photos of Lottsford Road apt., taken by Lanning - Reynold's wrap | 513 | T. HALLOWELL | 2/8/12 | |
| SW Photos of Lottsford Road apt., taken by Lanning - U.S. currency on table | 514 | | | |
| Digital Scale | 515 | | | |
| Timberland shoe box contained U.S. currency $18,729, found at Lottsford Rd. | 516 | T. HALLOWELL N. MOONEY | 2/8/12 | |
| Plate/napkin contained cocaine, found at Lottsford Rd. | 517 | T. HALLOWELL R. LANNING | 2/8/12 | |
| Drug evidence - seized during SW, found under bed | 518 | T. HALLOWELL M. GARRETT | 2/7/12 | |
| Capitol Pulmonary Excuse | 519 | T. HALLOWELL T. LOONEY | 2/8/12 | |
| School without walls calendar | 520 | T. HALLOWELL | 2/8/12 | |
| Credit Union paperwork | 521 | | | |
| Plasma TV receipt | 522 | | | |
| Mail matter, Weldon Gordon 10612 Broadleaf Dr. | 523 | | | |

15

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Gordon Metro paperwork | 524 | T. HALLOWELL | 2/8/12 | |
| Reaves Metro paperwork | 525 | | | |
| Various bills for Weldon Gordon, HST Dr. | 526 | | | |
| Lottsford paperwork | 527 | | | |
| Gordon Release paperwork | 528 | | | |
| Metro bus schedules | 529 | | | |
| Mooney paperwork | 530 | T. HALLOWELL | 2/8/12 | |
| Lease Agreement, Lottsford Rd. | 531 | D. NELSON N. MOONEY | 2/7/12 | |
| Navy Federal Credit Union Checkbook for Weldon Gordon, found at Lottsford Rd. | 532 | T. HALLOWELL | 2/8/12 | |
| Navy Federal Credit Union mail matter addressed to Weldon Gordon at Broadleaf, found at Lottsford Rd. | 533 | | | |
| State Department Federal Credit Union addressed to Weldon Gordon at Broadleaf, found at Lottsford Rd. | 534 | | | |
| Mail matter addressed to Weldon Gordon at Broadleaf, found at Lottsford Rd. | 535 | | | |
| Verizon postcard addressed to Weldon Gordon at Lottsford address | 536 | | | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Photo of White Mitsubishi Galant, tag MD - 5ERV23 | 537 | B. NELSON | 2/8/12 | |
| Photo of trunk of White Mitsubishi Galant tag MD - 5ERV23 | 538 | | | |
| TS-500 digital pocket scale box, found in white Mitsubishi Galant | 539 | | | |
| Pepco statement for Weldon Gordon, found in white Mitsubishi Galant | 540 | ↓ | ↓ | |
| Mail matter | 541 | B. NELSON | 2/8/12 | |
| Towing receipt, found in white Mitsubishi Galant | 542 | | | |
| Metro bus schedule, found in white Mitsubishi Galant | 543 | | | |
| Small Arms business card | 544 | | | |
| Keyla Kakes card | 545 | ↓ | ↓ | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

17

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| **6th Series - Harry S. Truman Drive SW Photos/evidence, 01/22/09** | | | | |
| SW photos of HST apt and cars, taken by Lanning - Photo of car, rear Mitshibushi | 600 | K. Peterson | 2/6/12 | |
| SW photos of HST apt and cars, taken by Lanning - Photo of front of car - Mitshibuishi | 601 | K. Peterson T. Reaves | 2/6/12 | |
| Sprint Nextel Motorola Deluxe phone box with receipt in Weldon Gordon's name, dated 08-31-07, found at HST apt. | 602 | T. Reaves | 2/13/12 | |
| Digital Camera, found at HST apt. | 603 | | | |
| Photo of Weldon Gordon and male | 604 | | 2/9/12 | |
| Photo of Weldon Gordon and male | 605 | | 2/9/12 | |
| Photo of male and female | 606 | T. Reaves | 2/9/12 | |
| Photo of Tiffany Reaves and Weldon Gordon | 607 | | | |
| Photo of Tiffany Reaves and Weldon Gordon | 608 | | | |
| Photo of Tiffany Reaves | 609 | | | |
| Photo of Tiffany Reaves and Weldon Gordon | 610 | | | |

18

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Photo of Tiffany Reaves and Weldon Gordon | 611 | T. Reaves | 2/9/12 | |
| Kodak DC265 Zoom Digital Camera | 612 | | | |
| Photo of Tiffany Reaves | 613 | | | |
| Photo of Tiffany Reaves and Weldon Gordon | 614 | | | |
| Photo of Tiffany Reaves, Weldon Gordon and male | 615 | | | |
| Photo of Weldon Gordon, male and female | 616 | T. Reaves | 2/9/12 | |
| Polaroid of Tiffany Reaves and Weldon Gordon, found at HST apt. | 617 | T. Reaves | 2/13/12 | |
| Photo of Tiffany Reaves and Weldon Gordon, found at HST apt. | 618 | T. Reaves | 2/13/12 | |
| Pepco disconnection notice addressed to Tiffany Reaves, found at HST apt. | 619 | | | |
| WMATA check stub for Tiffany Reaves with Broadleaf address, found at HST apt. | 620 | T. Reaves | 2/13/12 | |
| Capital Pulmonary, addressed to Tiffany Reaves with Broadleaf address, found at HST apt. | 621 | | | |
| Capital Pulmonary, addressed to Tiffany Reaves with Broadleaf address, found at HST apt. | 622 | | | |
| Capital One statement addressed to Tiffany Reaves at Broadleaf address, found at HST apt. | 623 | T. Reaves | 2/13/12 | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Transit Federal Credit Union addressed to Weldon Gordon with Broadleaf address, found at HST apt | 624 | T. REAVES | 2/13/12 | |
| Letter addressed to Tiffany Reaves with Broadleaf address from Dr. Ileana Esparranguera, found at HST apt | 625 | T. REAVES | 2/13/12 | |
| State Department Federal Credit Union addressed to Weldon Gordon at Broadleaf, found at HST apt | 626 | | | |
| WMATA payment stub for Tiffany Reaves with Broadleaf address, found at HST apt | 627 | | | |
| WMATA payment stub for Tiffany Reaves with Broadleaf address, found at HST apt | 628 | | | |
| Envelope addressed to Tiffany Reaves and Weldon Gordon with Broadleaf address, found at HST apt. | 629 | | | |
| Checkbook stub for Bank of America for Weldon Gordon and Tiffany Reaves, found at HST apt. | 630 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

20

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| **7th Series - Phone Records** | | | | |
| Gordon cell phone 627-8144 | 700 | B. NELSON T. GRABOWSKI | 2/7/12 | |
| Hayes cell phone 438-7751 | 701 | B. NELSON T. GRABOWSKI | 2/7/12 | |
| Compilation of 68 calls made to Andre Hayes | 702 | B. NELSON T. GRABOWSKI | 2/7/12 | |
| Burner Tolls (compilation of 117 phone calls between burner phone and Andre Hayes) | 703 | B. NELSON T. GRABOWSKI | 2/7/12 | |
| Burner Tolls (compilation of 6 calls) | 704 | B. NELSON T. GRABOWSKI | 2/7/12 | |
| Photos of text messages/photos contained inside Motorola cell phone recovered from Weldon Gordon on 01/22/2009, 12 pages | 705 | B. NELSON | 2/7/12 | |
| Photo of burner phone, text message from Daniel at 9:49pm, what's up?, 1 page from Hayes' phone | 706 | B. NELSON | 2/7/12 | |
| Gordon contact list | 707 | B. NELSON T. GRABOWSKI | 2/7/12 | |
| Gordon text messages | 708 | T. GRABOWSKI | 2/13/12 | |
| Hayes contact list | 709 | | | |
| Hayes text messages | 710 | | | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Complete phone records 301-385-8541for 10/09/08 - 11/18/08 | 711 | B. NELSON S. EICHNER | 2/7/12 | |
| Complete phone records 438-7751 (Hayes) | 712 | B. NELSON S. EICHNER | 2/7/12 | |
| Complete phone records 202-627-8144 (Gordon) | 713 | B. NELSON S. EICHNER | 2/7/12 | |
| Complete phone records 202-627-8423 (Tiffany Reaves) | 714 | B. NELSON S. EICHNER | 2/7/12 | |
| Complete phone records 202-627-8277 (Indya Reaves) | 715 | B. NELSON S. EICHNER | 2/7/12 | |
| Family Plan Records 202-627-8144; 202-627-8423, 202-627-8277 | 716 | B. NELSON | 2/7/12 | |
| Subscriber History for 202-627-8144 (Gordon) | 717 | B. NELSON | 2/7/12 | |
| Subscriber History for 202-627-8243 (Tiffany Reaves) | 718 | B. NELSON | 2/7/12 | |
| Subscriber History for 202-627-8277 (Indya Reaves) | 719 | B. NELSON | 2/7/12 | |
| Complete phone records for 240-752-3344 (Antoine Clements) | 720 | B. NELSON S. EICHNER | 2/7/12 | |
| Complete phone records for 202-904-0035 (Keyla Clements) | 721 | B. NELSON | 2/7/12 | |
| Complete phone records for 301-741-3070 (Vicki Gordon) | 722 | B. NELSON S. EICHNER | 2/7/12 | |
| Complete phone records for 301-751-7198 (Dennis Scott) | 723 | B. NELSON | 2/7/12 | |
| Scott Eicher Report | 724 | S. EICHNER | 2/9/12 | |

## U.S. v. Weldon Gordon, 09-153(RMU)
## Government Exhibit List

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Scott Eicher Power Point | 725 | S. EICHER | 2/9/12 | |
| Excerpt (Reaves) Tolls (Lottsford called) | 726 | T. GRABOWSKI | 2/13/12 | |
| Excerpt (Hayes) Tolls (Dr. Office called) | 727 | T. GRABOWSKI | 2/13/12 | |
| Excerpt (Gordon) Tolls (Broadleaf called) | 728 | | | |
| Summary Chart 6pm - 12am 10/31/08 | 729 | | | |
| Summary Chart 12am - 6am 11/01/08 | 730 | | | |
| Nikkia Mooney Pen Link Maps | 731 | N. MOONEY | | |
| Excerpt (Gordon) Tolls (Nikkia Mooney called) | 732 | | | |
| Excerpt (Gordon) Tolls (Antoine Clements called) | 733 | A. CLEMENTS | | |
| Excerpt (Reaves) Tolls (Indya Reaves called) | 734 | | | |
| Ztar Mobile Inc., paperwork for 301-385-8541 | 735 | B NELSON S EICHER | 2/7/12 | |
| N. Mooney Tolls | 736 | | 2/13/12 | |
| | | | | |
| | | | | |

23

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| | | | | |
| **8th Series - Misc.** | | | | |
| List of important numbers from Tiffany Reaves | 800 | T. REAVES | 2/13/12 | |
| Tiffany Reaves' official MD drivers license with Broadleaf address and Cell phone | 801 | ↓ | ↓ | |
| Rental agreement for Harry S. Truman Drive apartment | 802 | B. NELSON | 2/7/12 | |
| Hotel records for Radisson Hotel | 803 | B. NELSON | 2/7/12 | |
| Recreational Center contract | 804 | B. NELSON A. CLEMENTS | 2/7/12 | |
| Recreation Center Photo #1 | 805 | R. BROWN A. CLEMENTS | 2/8/12 | |
| Recreation Center Photo #2 | 806 | R. BROWN A. CLEMENTS | 2/8/12 | |
| Recreation Center Photo #3 | 807 | B. NELSON A. CLEMENTS | 2/8/12 | |
| Weldon Gordon Video Statement | 808 | B. NELSON T. GRABOWSKI | 2/7/12 | |
| Weldon Gordon Video Statement Transcript | 808T | B. NELSON T. GRABOWSKI | | |
| Weldon Gordon Waiver Form | 809 | B. NELSON | 2/7/12 | |
| Weldon Gordon Written Statement | 810 | B. NELSON | 2/7/12 | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Police Flyer for Andre Hayes | 811 | B. NELSON | 2/7/12 | |
| Weather Report | 812 | B. NELSON | 2/8/12 | |
| Tiffany Reaves Plea Agreement | 813 | T. REAVES | 2/13/12 | |
| Tiffany Reaves Proffer | 814 | | | |
| ████████Immunity Letter | 815 | | | |
| Nikkia Mooney Immunity Letter | 816 | N. MOONEY | 2/13/12 | |
| Antoine Clements dismissal letter | 817 | A. CLEMENTS | 2/14/12 | |
| Antoine Clements Indictment | 818 | | | |
| ████████Plea Agreement | 819 | | | |
| ████████Plea Agreement | 820 | | | |
| Floor plan for Lottsford | 821 | N. MOONEY | 2/13/12 | |
| Pertinent Telephones Diagram | 822 | B. NELSON T. REAVES T. GRABOWSKI | 2/7/12 | |
| COPY OF T. REAVES' GRAND JURY TESTIMONY | 823 | T. REAVES | | |
| | | | | |
| | | | | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| | | | | |
| **9th Series - Jail Calls - separate by witness not date** | | | | |
| Jail Call # 220448865941509, between Weldon Gordon and Vicki Gordon, dated 08/31/11 | 900 | B. NELSON | 2\|7\|12 | |
| Jail Call Transcript # 220448865941509, between Weldon Gordon and Vicki Gordon, dated 08/31/11 at 2:33pm | 900T | | | |
| Jail Call # 220538251308037, between Weldon Gordon and Vicki Gordon, dated 09/01/11at 10:27pm | 901 | | | |
| Jail Call Transcript # 220538251308037, between Weldon Gordon and Vicki Gordon, dated 09/01/11at 10:27pm | 901T | | | |
| Jail Call # 220626217017349, between Weldon Gordon and Vicki Gordon, dated 09/02/11 at 12:11pm | 902 | J. WEBB B. NELSON | 2\|6\|12 | |
| Jail Call Transcript# 220626217017349, between Weldon Gordon and Vicki Gordon, dated 09/02/11 at 12:11pm | 902T | J. WEBB B. NELSON | | |
| Jail Call # 220713929019397, between Weldon Gordon and unknown family members, dated 09/03/11 at 5:01pm | 903 | B. NELSON | 2\|7\|12 | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Jail Call Transcript # 220713929019397, between Weldon Gordon and unknown family members, dated 09/03/11 at 5:01pm | 903T | C. NELSON | X | |
| Jail Call # 220713936240645, between Weldon Gordon, Vicki Gordon, Keyla Clements and others, dated 09/03/11 at 6:59pm | 904 | | | |
| Jail Call Transcript # 220713936240645, between Weldon Gordon, Vicki Gordon, Keyla Clements and others, dated 09/03/11 at 6:59pm | 904T | | X | |
| Jail Call # 226817305475077, between Weldon Gordon and Lisa LNU, dated 11/11/11 at 2:46pm | 905 | T. HALLOWELL | 2/8/12 | |
| Jail Call Transcript # 226817305475077, between Weldon Gordon and Lisa LNU, dated 11/11/11 at 2:46pm | 905T | | X | |
| Jail Call #138169675331587, between Tiffany Reaves and Weldon Gordon, dated 02-12-09 | 906 | T. REAVES | 2/9/12 | |
| Jail Call Transcript #138169675331587, between Tiffany Reaves and Weldon Gordon, dated 02-12-09 | 906T | | X | |
| Jail Call # 132519391612932, between Tiffany Reaves and Weldon Gordon, dated 02-12-09 | 907 | | 2/9/12 | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Jail Call Transcript # 132519391612932, between Tiffany Reaves and Weldon Gordon, dated 02-12-09 | 907T | T. REAVES | | |
| Jail Call #138340592299011, between Tiffany Reaves and Weldon Gordon, dated 02-14-09 | 908 | | 2/9/12 | |
| Jail Call Transcript #138340592299011, between Tiffany Reaves and Weldon Gordon, dated 02-14-09 | 908T | | | |
| Jail Call # 138340539855875, between Tiffany Reaves and Weldon Gordon, dated 02-14-09 | 909 | | 2/9/12 | |
| Jail Call Transcript # 138340539855875, between Tiffany Reaves and Weldon Gordon, dated 02-14-09 | 909T | | | |
| Jail Call # 138872690447363, between Tiffany Reaves and Weldon Gordon, dated 02-20-09 | 910 | | 2/9/12 | |
| Jail Call Transcript # 138872690447363, between Tiffany Reaves and Weldon Gordon, dated 02-20-09 | 910T | | | |
| Jail Call # 138872710033411, between Tiffany Reaves and Weldon Gordon, dated 02-20-09 | 911 | | 2/9/12 | |

28

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---------|--------|---------|----------|--------------|
| Jail Call Transcript # 138872710033411, between Tiffany Reaves and Weldon Gordon, dated 02-20-09 | 911T | T. REAVES | | |
| Jail Call #13483780439749, between Tiffany Reaves and Weldon Gordon, dated 02-23-09 | 912 | T. REAVES | 2/13/12 | |
| Jail Call Transcript # 13483780439749, between Tiffany Reaves and Weldon Gordon, dated 02-23-09 | 912T | | | |
| Jail Call # 139231115796483, between Tiffany Reaves and Weldon Gordon, dated 02-24-09 | 913 | | | |
| Jail Call Transcript # 139231115796483, between Tiffany Reaves and Weldon Gordon, dated 02-24-09 | 913T | | | |
| Jail Call #139231118558211, between Tiffany Reaves and Weldon Gordon, dated 02-24-09 | 914 | | | |
| Jail Call Transcript # 139231118558211, between Tiffany Reaves and Weldon Gordon, dated 02-24-09 | 914T | | | |
| Jail Call # 132520041060356, between Tiffany Reaves and Weldon Gordon, dated 02-25-09 | 915 | T. REAVES | 2/13/12 | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**

| Exhibit | Number | Witness | Admitted | Not Admitted |
|---|---|---|---|---|
| Jail Call Transcript # 132520041060356, between Tiffany Reaves and Weldon Gordon, dated 02-25-09 | 915T | | ✗ | |
| Jail Call Transcript # 207710799484933, between Weldon Gordon, Vicki Gordon and Antoine Clements, dated 04/09/11 at 9:06pm | 916 | B. NELSON A. CLEMENTS | 2/7/12 | |
| Jail Call # 207710799484933, between Weldon Gordon, Vicki Gordon and Antoine Clements, dated 04/09/11 at 9:06pm | 916T | ↓ | ✗ | |
| PARTY STIPULATIONS | 920 | B. NELSON | 2/7/12 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**U.S. v. Weldon Gordon, 09-153(RMU)**
**Government Exhibit List**