IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 09-0153 RMU |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEAL |
| vs. | ) | |
| | ) | |
| WELDON GORDON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Mr. Gordon, by his attorney, Thomas J. Saunders, hereby notes an appeal to the Court of Appeals for the District of Columbia from the judgment and the sentence in the above-captioned matter.

Thomas J. Saunders

Federal Bar # 25084

3600 Clipper Mill Rd., Suite 201

Baltimore, MD 21211

202.320.8968

thomas.j.saunders@gmail.com